Form dschjntc

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 15−17259
Chapter: 7
Judge: Donald R Cassling

In Re:
   Artur Karapetyan                      Yana Nagapetov
   1975 Loomes Avenue           1975 Loomes Avenue
   Downers Grove, IL 60516      Downers Grove, IL 60516

Social Security / Individual Taxpayer ID No.:
   xxx−xx−8974                        xxx−xx−4646

Employer Tax ID / Other nos.:

**Notice of Denied, Vacated, Waived, or Revoked Discharge**

On April 01, 2016, the Court signed an order:

- ○ Vacating the Discharge
- ○ Denying the Discharge
- ○ Revoking the Discharge
- ⦿ Approving the Waiver of the Discharge

The order applies to:

- ○ Debtor only
- ○ Joint Debtor only
- ⦿ Both Debtors

FOR THE COURT

Dated: April 4, 2016                   Jeffrey P. Allsteadt , Clerk
                                               United States Bankruptcy Court

```
                              United States Bankruptcy Court
                                Northern District of Illinois

In re:                                                      Case No. 15-17259-DRC
Artur Karapetyan                                            Chapter 7
Yana Nagapetov
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1           User: mgonzalez              Page 1 of 2              Date Rcvd: Apr 04, 2016
                               Form ID: dschjntc            Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2016.
db/jdb       +Artur Karapetyan,   Yana Nagapetov,   1975 Loomes Avenue,   Downers Grove, IL 60516-2432
23292583      American Express -,   P.O. Box 0001,   Los Angeles, CA 90096-8000
23292584      American Express - Costco,   P.O. Box 0001,   Los Angeles, CA 90096-8000
23292586      Bank of America,   P.O. Box 851001,   Dallas, TX 75285-1001
23292585      Bank of America,   P.O. Box 5170,   Simi Valley, CA 93062-5170
23292587      BankAmericard,   P.O. Box 851001,   Dallas, TX 75285-1001
23292588      BankofAmerica - Business Card,   P.O. Box 15796,   Wilmington, DE 19886-5796
23292589      Barclaycard,   Card Services,   P.O. Box 60517,   City of Industry, CA 91716-0517
23292591     +Best Buy,   P.O. Box 688910,   Des Moines, IA 50368-8910
23292593      BloomingDale's,   P.O. 183083,   Columbus, OH 43218-3083
23292595    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capitol One,   Attn: 63001-0125,   15000 Capitol One Drive,
               Richmond, VA 23238)
23292596      Capitol One,   P.O. Box 71106,   Charlotte, NC 28272-1106
23292597      Capitol One Bank,   P.O. Box 6492,   Carol Stream, IL 60197-6492
23292598      Carsons - Comenity Bank,   P.O. Box 659813,   San Antonio, TX 78265-9113
23292599      Chase (Slate),   P.O. Box 15153,   Wilmington, DE 19886-5153
23292603      Citi,   P.O. Box 6004,   Sioux Falls, SD 57117-6004
23292609      Citi Cards,   Processing Center,   Des Moines, IA 50368-0005
23292610      Comenity Bank/Roomplace,   P.O. Box 659704,   San Antonio, TX 78265-9704
23292614      Fifth Third Bank,   38 Fountain Square Plaza,   Cincinnati, OH 45274-0789
23292616      Gsp Visa/Synchrony Bank,   P.O. Box 960017,   Orlando, FL 32896-0017
23292617      Home Depot,   Processing Center,   Des Moines, IA 50364-0500
23292619      Macys,   P.O. Box 183083,   Columbus, OH 43218-3083
23432029     +Mark P. Collins,   C/O Signs-N-Frames,   302 W. Bridge Street,   Elkader, IA 52043-7713
23292621      Neiman Marcus,   P.O. Box 5235,   Carol Stream, IL 60197-5235
23292623     +NextGear Capital, Inc.,   c/o Michael Gibson,   1320 City Center Drive, Suite 100,
               Carmel, IN 46032-3816
23292626     +Pravan Ramineni,   365 Lucille Lane,   Schaumburg, IL 60193-4907
23292629      Sears,   P.O. Box 688956,   Des Moines, IA 50368-8956
23292628      Sears,   P.O. Box 688957,   Des Moines, IA 50368-8957
23292631     +State Farm Bank,   310 Price Place,   Madison, WI 53705-3209
23292632      TCF Bank - Visa,   P.O. Box 6335,   Fargo, ND 58125-6335
23432028     +Terrence Kennedy, Jr. Attorney,   180 N. Lasalle Street, #2650,   Chicago, IL 60601-2710
23292636    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   p.O. 790408,   Saint Louis, MO 63179-0408)
23292635      US Bank,   P.O. Box 790401,   Saint Louis, MO 63179-0401
23292637    ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
             (address filed with court: Von Maur,   P.O. Box 790298,   Saint Louis, MO 63179-0298)
23292639     +WCL HOLDINGS I, LLC,   c/o Ellen Stern,   17630 El Mineral Road,   Perris, CA 92570-7400
23292640      Wells Fargo,   P.O. Box 95225,   Albuquerque, NM 87199-5225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23292611      E-mail/Text: bankruptcy@commercebank.com Apr 05 2016 01:33:13      Commerce Bank,
               P.O. box 806000,   Kansas City, MO 64180-6000
23292612     +E-mail/Text: mrdiscen@discover.com Apr 05 2016 01:32:15      Discover Card,   P.O. Box 6103,
               Carol Stream, IL 60197-6103
23292615      E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2016 01:26:30      GE Capital Retail Bank,
               P.O. Box 960061,   Orlando, FL 32896-0061
23292618      E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2016 01:25:48      Lord & Taylor,   P.O. Box 960035,
               Orlando, FL 32896-0035
23292624      E-mail/Text: bnc@nordstrom.com Apr 05 2016 01:32:26      Nordstrom Bank,   P.O. Box 79134,
               Phoenix, AZ 85062-9134
23292630      E-mail/PDF: cbp@springleaf.com Apr 05 2016 01:26:12      Springleaf Financial Svcs.,
               430 75th Street,   Downers Grove, IL 60516
23292627      E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2016 01:25:48      Sam's Club/Synchrony Bank,
               P.O. Box 530942,   Atlanta, GA 30353-0942
23292633      E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2016 01:26:12      TJX Rewards/Syncb,
               P.O. Box 530949,   Atlanta, GA 30353-0949
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23292590*     Barclaycard,   Card Services,   P.O. Box 60517,   City of Industry, CA 91716-0517
23292592*     Best Buy,   P.O. Box 688910,   Des Moines, IA 50368-8910
23292594*     BloomingDale's,   P.O. 183083,   Columbus, OH 43218-3083
23292600*     Chase (Slate),   P.O. Box 15153,   Wilmington, DE 19886-5153
23292601*     Chase (Slate),   P.O. Box 15153,   Wilmington, DE 19886-5153
23292602*     Chase (Slate),   P.O. Box 15153,   Wilmington, DE 19886-5153
23292604*     Citi,   P.O. Box 6004,   Sioux Falls, SD 57117-6004
23292605*     Citi,   P.O. Box 6004,   Sioux Falls, SD 57117-6004
23292606*     Citi,   P.O. Box 6004,   Sioux Falls, SD 57117-6004
23292607*     Citi,   P.O. Box 6004,   Sioux Falls, SD 57117-6004
23292608*     Citi,   P.O. Box 6004,   Sioux Falls, SD 57117-6004
```

```
District/off: 0752-1            User: mgonzalez            Page 2 of 2                  Date Rcvd: Apr 04, 2016
                                Form ID: dschjntc          Total Noticed: 44


            ***** BYPASSED RECIPIENTS (continued) *****
23292613*      +Discover Card,    P.O. Box 6103,    Carol Stream, IL 60197-6103
23292620*       Macys,    P.O. Box 183083,    Columbus, OH 43218-3083
23292622*       Neiman Marcus,    P.O. Box 5235,    Carol Stream, IL 60197-5235
23292625*       Nordstrom Bank,    P.O. Box 79134,    Phoenix, AZ 85062-9134
23292634*       TJX Rewards/Syncb,    P.O. Box 530949,    Atlanta, GA 30353-0949
23292638*     ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
               (address filed with court: Von Maur,    P.O. Box 790298,   Saint Louis, MO 63179-0298)
                                                                                     TOTALS: 0, * 17, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2016 at the address(es) listed below:
          Denise A Delaurent    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
           Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
          Frank J Kokoszka    trustee@k-jlaw.com, fkokoszka@ecf.epiqsystems.com
          Gioacchino Jack V Prato    on behalf of Debtor 1 Artur   Karapetyan pratolaw@aol.com
          Gioacchino Jack V Prato    on behalf of Debtor 2 Yana   Nagapetov pratolaw@aol.com
          Ha M Nguyen    on behalf of U.S. Trustee Patrick S Layng ha.nguyen@usdoj.gov
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```